IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | Criminal No. MJM-24-064 * |
| | * | |
| **LUIS ESTEBAN BORUNDA,** | * | |
| | * | |
| **Defendant.** | * | |

\*\*\*\*\*\*\*

## ENTRY OF APPEARANCE

Please enter the appearance of Michael Aubin, Assistant United States Attorney for the District of Maryland, as counsel on behalf of the United States.

Respectfully submitted,

Erek L. Barron
United States Attorney

By:   /s/
Michael Aubin
Assistant United States Attorney
36 South Charles St., 4th Floor
Baltimore, Maryland 21201
Tel.: (410) 209-4800